STATE OF NEW JERSEY v. ANTONIOUS KARANATSIOS.

October 19, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. HOWARD K. MATTHEWS.

October 19, 1981.

Petition for certification denied.

JANINA TEVIS v. MICHAEL TEVIS, JR.

October 19, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. LEO ANTHONY DIGIANGIEMO.

October 19, 1981.

Petition for certification denied.

ANGEL GARCIA v. JOHN A. WADDINGTON.

October 19, 1981.

Petition for certification denied.